UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES MASSENGILL, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

A. DUDA & SONS INC.,

    *Defendant*.
_____/

Case No. 6:22-cv-1549-CEM-LHP

## **Disclosure Statement**

I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   - James Massengill (Plaintiff)
   - Shamis & Gentile, P.A. (Counsel for Plaintiff)
   - Edelsberg Law, P.A. (Counsel for Plaintiff)
   - Milberg Coleman Bryson Phillips Grossman, PLLC (Counsel for Plaintiff)
   - A. Duda & Sons, Inc. (Defendant)
   - Counsel for Defendant

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

- James Massengill, Plaintiff
- Unnamed Class Members

5) Check one of the following:

__x__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: August 31, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
/s/ Garrett O. Berg
Garrett O. Berg, Esq.
Florida Bar No. 1000427
gberg@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com


*Counsel for Plaintiff and the Class*


### CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                               **SHAMIS & GENTILE, P.A.**
                                               14 NE 1st Ave., Suite 705
                                               Miami, FL 33132
                                               Telephone (305) 479-2299
                                               Facsimile (786) 623-0915
                                               Email: efilings@shamisgentile.com

                   By:     */s/ Andrew J. Shamis*
                             Andrew J. Shamis, Esq.
                             Florida Bar # 101754