# RETURN OF SERVICE

State of Florida          County of Middle          United States District Court
                                                                                    Court

Case Number: 6:22-CV-1549-CEM-LHP

Plaintiff:
**JAMES MASSENGILL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**A. DUDA & SONS, INC.**

GER2022001945

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by GLOBAL PROCESS SERVICES CORP. on the 31st day of August, 2022 at 2:30 pm to be served on **A. DUDA & SONS, INC. REGISTERED AGENT: TRACY DUDA CHAPMAN, 1200 DUDA TRAIL, OVIEDO, FL 32765**.

I, Ketsy Camacho, Certified Process Server, do hereby affirm that on the **6th day of September, 2022** at **11:39 am, I:**

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **MOLLIE GARRETT** as **ASSOCIATE COUNSEL** for **A. DUDA & SONS, INC. REGISTERED AGENT: TRACY DUDA CHAPMAN**, at the address of: **1200 DUDA TRAIL, OVIEDO, FL 32765**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 185, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ketsy Camacho, Certified Process Server
I.D. No.: 18-0067

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2022001945
Ref: S&G

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JAMES MASSENGILL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>A. DUDA & SONS, INC.,<br><br>*Defendant.* | Case No.   6:22-cv-1549-CEM-LHP<br><br>**CLASS ACTION**<br><br>**SUMMONS** |

*[Handwritten: OPS# 15-0067   9/6/22   11:39 AM]*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   A. Duda & Sons, Inc.
　　　　　　　　　　　　　　　　　　 Registered Agent: Tracy Duda Chapman
　　　　　　　　　　　　　　　　　　 1200 Duda Trail
　　　　　　　　　　　　　　　　　　 Oviedo, FL 32765

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shamis & Gentile, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　 Andrew J. Shamis, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　 14 NE 1st Ave, STE 705
　　　　　　　　　　　　　　　　　　　　　　　　 Miami, FL 33132
　　　　　　　　　　　　　　　　　　　　　　　　 305-479-2299

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT   *Suzanna Manuel*

Date: __August 30, 2022__　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)*_____
_____On*(date)*_____:or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is
designated by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐  I returned the summons unexecuted because _____; or

☐  Other (specify);

My fees are $_____ for travel and $_____ for services, for a total of $_____0,00_____

I declare under penalty of perjury that this information is true.

Date _____

_____
*Servers Signature*

_____
*Printed name and title*

_____
*Server's Address*