# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAMES MASSENGILL, individually
and on behalf of himself and all
others similarly situated,

                Plaintiff,

                                                                     Case No. 6:22-cv-01549

v.

A. DUDA & SONS INC.

                Defendant.
_____/

## JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE

    Plaintiff James Massengill ("Plaintiff") and Defendant A. Duda & Sons Inc. ("Duda," and together with Plaintiff, the "Parties") jointly move for entry of a briefing schedule with respect to Plaintiff's Complaint.

### Introduction

    On August 29, 2022, Plaintiff filed his Complaint against Duda. (Doc. 1.) Plaintiff alleges that Duda experienced a cyberattack and data breach. (Id. ¶ 1.) Plaintiff's Complaint contains four causes of action and 163 paragraphs with various allegations about the alleged incident.

    Duda's current deadline to respond to the Complaint is September 27, 2022. Duda anticipates filing a motion to dismiss Plaintiff's Complaint, but undersigned

counsel requires additional time to investigate the allegations in the Complaint and prepare an appropriate and adequate response to the various claims asserted. Plaintiff has no objection to Duda's request for additional time to respond to the Complaint. Accordingly, the Parties respectfully request entry of a briefing schedule to provide Duda with additional time to investigate the allegations against it and prepare a response to Plaintiff's Complaint, and to provide Plaintiff with additional time to respond to Duda's forthcoming response. The requested briefing schedule will facilitate the Parties' investigations of the allegations in the Complaint.

## Memorandum of Law and Argument

The Court has broad discretion to extend or set deadlines in this matter. *See e.g.*, *Gadsby v. Am. Golf Corp. of California*, 2:10-CV-680-FTM-99, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012). In addition, Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that the court may grant an enlargement of time before the expiration of the relevant deadline for "good cause." *See* Fed. R. Civ. P. 6(b)(1)(A).

The Parties jointly request entry of a briefing schedule with the following deadlines, with respect to Plaintiff's Complaint:

| | |
|---|---|
| **Duda's deadline to file a response:** | **November 14, 2022** |
| **Plaintiff's deadline to file a response to Duda's response:** | **December 5, 2022** |

Duda is working diligently to prepare a response to Plaintiff's Complaint by its current September 27, 2022 deadline. However, undersigned counsel requires additional time to communicate with Duda about the allegations in Plaintiff's Complaint and investigate the veracity of the allegations.

The Court has the authority to extend Duda's deadline to respond to Plaintiff's Complaint, and to set a limited briefing schedule in this matter. *See* Fed. R. Civ. P. 6(b)(1)(A). The case is at its inception, as Plaintiff recently filed its Complaint on August 29, 2022. This is the Parties' first request for a joint briefing schedule or extension of any kind. No party will be prejudiced by this joint request for a briefing schedule with extended deadlines. This joint motion is made by both Parties in good faith and not for purposes of delay.

Accordingly, the Parties respectfully request entry of a briefing schedule, in which Duda's deadline to respond to Plaintiff's Complaint is November 14, 2022, and Plaintiff's deadline to respond to Duda's response is December 5, 2022.

## **LOCAL RULE 3.01(G) CERTIFICATION**

The Parties jointly request entry of a briefing schedule, so neither Party opposes the relief requested herein. Specifically, pursuant to Local Rule 3.01(g), Duda's counsel conferred with Plaintiff's counsel, and Plaintiff has no objection to Duda's requested extension of time to respond to the Complaint. Duda has no

objection to Plaintiff's request for a briefing schedule or additional time to respond to Duda's response either.

Respectfully submitted,

| | |
|---|---|
| SHAMIS & GENTILE P.A. | HOLLAND & KNIGHT LLP |
| /s/ *Andrew Shamis* | /s/ *Jessica Kramer* |
| Andrew J. Shamis, Esq. | Jessica S. Kramer |
| Florida Bar No. 101754 | Florida Bar No. 125420 |
| ashamis@shamisgentile.com | 100 N. Tampa St., Suite 4100 |
| /s/ Garrett Berg | Tampa, FL 33602 |
| Garrett O. Berg, Esq. | Phone: (813) 227-8500 |
| Florida Bar No. 1000427 | jessica.kramer@hklaw.com |
| gberg@shamisgentile.com | |
| 14 NE 1st Ave., Suite 705 | |
| Miami, Florida 33132 | *Attorney for Defendant* |
| Tel: (305) 479-2299 | |

EDELSBERG LAW, P.A.
Scott Edelsberg
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320
Fax: (786) 623-0915

Gary M. Klinger*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

David K. Lietz*
MILBERG COLEMAN BRYSON

PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

*Attorneys for Plaintiff*