**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES MASSENGILL,

        Plaintiff,

v.                             Case No:   6:22-cv-1549-CEM-LHP

A. DUDA & SONS INC.,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE (Doc. No. 10)**
>
> **FILED:** September 26, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

The parties jointly request that a "briefing schedule" be entered in this case, in that Defendant "anticipates" filing a motion to dismiss Plaintiff's complaint, seeks an extension of time to do so, and the parties ask for an extension of time for Plaintiff to respond to the motion to dismiss (assuming one is filed).   Doc. No. 10.

- 2 -

Upon consideration, the motion will be **GRANTED in part**, and Defendant's deadline to respond to the complaint (Doc. No. 1) will be extended up to and including **November 14, 2022**.  However, the motion is otherwise **DENIED** because the relief sought is contingent and purely speculative at this time.  Should Defendant file a motion to dismiss, and should Plaintiff require an extension of time to respond, Plaintiff may file a properly supported motion requesting such relief, as appropriate, at that time.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2022.

Leslie Hoffman Price
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties