# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES MASSENGILL, individually
and on behalf of himself and all
others similarly situated,

      Plaintiff,                         Case No. 6:22-cv-01549

v.

A. DUDA & SONS INC.

      Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.03(a), Defendant A. Duda & Sons Inc. ("Duda") hereby discloses the following:

Duda is a privately held, non-governmental, corporate party in the above-captioned action. There are no publicly held corporations that own ten percent or more of the stock of Duda. The following is disclosed in accordance with this Court's interested persons Order:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:**

A. Duda & Sons, Inc.
Holland & Knight LLP
Jessica S. Kramer, Esq.

James Massengill
Shamis & Gentile, P.A.
Andrew J. Shamis, Esq.
Garrett O. Berg, Esq.
Edelsberg Law, P.A.
Scott Edelsberg, Esq.

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

Duda is unaware of any other entity.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

Duda is unaware of any other entity.

**4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:**

Plaintiff, James Massengill, alleges that he is the victim of wrongful civil conduct in this case, but Duda denies said allegations.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the District Judge or the Magistrate Judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/Jessica S. Kramer*
Jessica S. Kramer
Florida Bar No. 125420

HOLLAND & KNIGHT LLP
100 N. Tampa St., Suite 4100
Tampa, FL 33602
Phone: (813) 227-8500
jessica.kramer@hklaw.com

*Attorneys for Defendant*