**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES MASSENGILL, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

A. DUDA & SONS INC.,

    *Defendant*.
_____/

Case No. 6:22-cv-1549-CEM-LHP

**JOINT MOTION TO STAY DEADLINES OR IN THE ALTERANTIVE FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, James Massengill ("Plaintiff"), and Defendant, A. Duda & Sons, Inc. ("Defendant"), (collectively, the "Parties") hereby jointly move to stay the current deadlines in this case, including Plaintiff's deadline to respond to Defendant's Motion to Dismiss [DE 12], by seventy-five (75) days while the Parties discuss potential resolution. The Parties believe this would be the most efficient path forward and, in support, state as follows:

1. Plaintiff filed his Complaint on August 29, 2022. [DE 1].

2. Defendant filed its Motion to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law on November 14, 2022. *See* [DE 11, 12].

3.      The Parties are actively engaged in discussing resolution of this matter and agree that the most efficient path forward is to stay all pending case deadlines while the Parties discuss resolution.

4.      Accordingly, the Parties request a seventy-five (75) day stay of all case deadlines, including Plaintiff's deadline to respond to Defendant's Motion to Dismiss.

5.      The Parties propose filing a joint status report within forty-five (45) days of this Court's order granting the Parties' Motion.

6.      Good cause exists for the requested stay because the Parties are attempting to resolve this action and agree that Party resources would be best allocated to exploring resolution as opposed to engaging in motion practice at this time.

7.      Alternatively, if the Court is not inclined to grant the Parties' motion to stay case deadlines, Plaintiff respectfully requests a thirty (30) day extension for Plaintiff to respond to Defendant's Motion to Dismiss, up to and including January 4, 2023.

8.      This Motion is made in good faith, not for delay or any dilatory tactic, and no party will be unduly prejudiced or harmed by the grant of this Motion.

WHEREFORE, the Parties respectfully request that the Court enter an order staying all pending deadlines for seventy-five (75) days or in the

alternative an order granting Plaintiff a thirty (30) day extension to respond to Defendant's Motion to Dismiss.

Dated: December 5, 2022

Respectfully submitted:

| **Shamis & Gentile, P.A.** | **Holland & Knight LLP** |
|---|---|
| */s/ Garrett O. Berg* | */s/ Jessica Kramer* |
| Garrett O. Berg, Esq. | Jessica S. Kramer |
| Florida Bar No. 1000427 | Florida Bar No. 125420 |
| gberg@shamisgentile.com | 100 N. Tampa St., Suite 4100 |
| */s/ Andrew J. Shamis* | Tampa, FL 33602 |
| Andrew J. Shamis, Esq. | Phone: (813) 227-8500 |
| Florida Bar No. 101754 | jessica.kramer@hklaw.com |
| ashamis@shamisgentile.com | |
| 14 NE 1st Avenue, Suite 705 | *Attorney for Defendant* |
| Miami, FL 33132 | |
| Telephone: 305-479-2299 | |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                              **SHAMIS & GENTILE, P.A.**
                                              14 NE 1st Ave., Suite 705
                                              Miami, FL 33132
                                              Telephone (305) 479-2299

                Facsimile (786) 623-0915
                Email: efilings@shamisgentile.com

By:   */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       Florida Bar # 101754