IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01549-CEM-LHP

| | |
|---|---|
| JAMES MASSENGILL, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| A. DUDA & SONS INC., | |
| *Defendant*. | |
| _____/ | |

## NOTICE OF LEAD COUNSEL ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Scott Edelsberg of the law firm of Edelsberg Law, P.A. enters his notice of lead counsel in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: December 29, 2022

                                                                  Respectfully submitted,

                                                                 */s/ Scott Edelsberg*
                                                                  Scott Edelsberg, Esq.
                                                                  Florida Bar No. 0108039
                                                                  scott@edelsberglaw.com
                                                                  **EDELSBERG LAW, PA**
                                                                  20900 NE 30th Ave., Suite 417
                                                                  Aventura, FL 33180
                                                                  Office: 305-975-3320

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,
*/s/ Scott Edelsberg*