**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JAMES MASSENGILL,

    Plaintiff,

v.                                         Case No:   6:22-cv-1549-CEM-LHP

A. DUDA & SONS INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: JOINT MOTION TO STAY PROCEEDINGS (Doc. No. 16)**
>
> **FILED:** December 29, 2022
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties jointly move for a stay of proceedings to engage in mediation to resolve all pending claims, with such mediation "to take place in early 2023." Doc. No. 16.  Upon consideration of the representations made in the motion, and given

the infancy of the case, the undersigned finds the request well taken.   Accordingly, it is **ORDERED** as follows:

1. The Joint Motion to Stay Proceedings (Doc. No. 16) is **GRANTED**, to the extent that the Court will stay this case for a period of **sixty (60)** days.

2. On or before **January 13, 2023**, the parties shall file a notice with the Court setting forth the date that mediation is set to occur.

3. Within **three (3) days** of the mediation, the parties shall file a joint status report notifying the Court of the outcome of the mediation.

4. Absent extraordinary good cause, the stay will not extend beyond the **sixty (60)** day period set forth herein.

5. The parties' Case Management Report and Plaintiff's response to the pending motion to dismiss (Doc. No. 12) will be due within **seven (7)** days of the expiration of the stay.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties