## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAMES MASSENGILL, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

A. DUDA & SONS INC.,

    *Defendant.*

_____/

Case No. 6:22-cv-1549-CEM-LHP

CLASS ACTION

## NOTICE OF MEDIATION

Plaintiff hereby notifies the Court that the parties have scheduled mediation in this matter to take place on **Monday, February 27, 2023 at 9:00 a.m**. with Wayne R. Andersen of JAMS via zoom. The parties will promptly report the outcome of the mediation upon completion.

DATED: January 5, 2023

    Respectfully submitted,

    **SHAMIS & GENTILE, P.A.**
    */s/ Andrew Shamis*
    Andrew J. Shamis, Esq.
    Florida Bar No. 101657
    ashamis@shamisgentile.com
    14 NE 1st Ave., Suite 705
    Miami, Florida 33132
    Tel: 305-479-2299
    *Counsel for Plaintiff*