# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAMES MASSENGILL, individually
and on behalf of himself and all
others similarly situated,

    Plaintiff,                                Case No. 6:22-cv-01549

v.

A. DUDA & SONS INC.

    Defendant.
_____/

## JOINT STATUS REPORT

Pursuant to this Court's Order (Doc. 19), Plaintiff James Massengill and Defendant A. Duda & Sons Inc. (collectively "the Parties") jointly provide this status report to the Court following mediation. The Parties were able to resolve this matter at mediation. Plaintiff will promptly file a stipulation of dismissal with prejudice.

Date: March 1, 2023

/s/ Scott Edelsberg
Scott Edelsberg
Florida Bar No. 0100537
EDELSBERG LAW, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (305) 975-3320
scott@edelsberglaw.com

/s/ Jessica S. Kramer
Jessica S. Kramer
Florida Bar No. 125420
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-8500
jessica.kramer@hklaw.com

*Attorneys for Defendant*

Andrew J. Shamis
Florida Bar No. 101754
Garrett O. Berg
Florida Bar No. 1000427
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
gberg@shamisgentile.com
ashamis@shamisgentile.com

*Attorneys for Plaintiff*