UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES MASSENGILL,**

    **Plaintiff,**

v.                                         Case No.  6:22-cv-1549-CEM-LHP

**A. DUDA & SONS INC.,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Status Report (Doc. 21), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 2, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record